**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**SONY PICTURES HOME ENTERTAINMENT, INC.**                              **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 3:06-CV-00071WHB-JCS**

**CHARLEAN TAYLOR**                                                     **DEFENDANTS**

### O R D E R

Pursuant to the Plaintiff's Notice of Voluntary Dismissal filed with this Court on April 12, 2006, this action is hereby dismissed without prejudice at the cost of the Plaintiff.

SO ORDERED this the 18th day of April, 2006.

                                        s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE